FILE COPY

No. 07-13-00371-CR

| | | |
|---|---|---|
| Danny Dewayne Randell<br>  Appellant | § | From the 242nd District Court<br>  of Hale County |
| | § | |
| v. | § | January 7, 2014 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Campbell |
| | § | |
| | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated January 7, 2014, it is ordered, adjudged and decreed that the order of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o